■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIE ANGEL, Also Known as ANGEL LUIS PEREZ, Also Known as ANGEL LUIS NAVARRO, Appellant. [630 NYS2d 943] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated July 27, 1992 (People v Angel, 185 AD2d 356), affirming a judgment of the Supreme Court, Kings County, rendered August 16, 1989, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Bracken, J. P., Sullivan, Balletta and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUGUSTO BETANCOURT, Appellant. [630 NYS2d 934] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered March 4, 1993, convicting him of criminal possession of a controlled substance in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the defendant's contentions and find them to be without merit (see, People v Parker, 218 AD2d 713 [decided herewith]). Bracken, J. P., Joy, Friedmann and Krausman, JJ., concur.